United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ADDISON OAKS HOLDINGS, LLC, | § | Case No. 24-80128 |
| | § | |
| Debtor | § | Chapter 11 |

### ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY MEAGHAN WILSON
(ECF No. 85)

Came on for consideration Meaghan Wilson's *Motion for Relief from the Automatic Stay* (the "Motion")[1] and the Court being of the opinion that cause exists to lift the automatic stay, it is therefore:

ORDERED that the automatic stay is lifted for Meaghan Wilson to proceed with trial of the Personal Injury Suit in Galveston County, Texas to the point of final judgment, exhaustion of any appeals therein, and satisfaction of any judgment rendered therein but only to the extent of Debtor's available insurance coverage.

Signed: August 31, 2024

Jeffrey P. Norman
United States Bankruptcy Judge

---

.