United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 04, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| ADDISON OAKS HOLDINGS, LLC | § | 24-80128 (JPN) |
| | § | (Chapter 11) |
| DEBTOR | § | |

## AGREED ORDER DISMISSING CHAPTER 11 CASE WITHOUT PREJUDICE
[Related to Dkt. No. 119]

CAME ON for consideration the *Motion of the United States Trustee to Dismiss Case with Prejudice or, in the Alternative, to Convert Case to Chapter 7* (the "Motion") [Dkt. No. 119] and the *Debtor's Response* (the "Response") [Dkt. No. 126], due notice and opportunity for a hearing having been given to all parties-in-interest. This Agreed Order is made by and between (i) Addison Oaks Holdings, LLC ("Debtor") and (ii) the United States Trustee ("U.S. Trustee") (collectively referred to as the "Parties") on the basis of the following stipulations of facts and law:

A. The Court has jurisdiction to consider this matter under 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2).

B. Venue is proper in this district under 28 U.S.C. § 1408.

C. The Court has constitutional authority to enter a final order in this matter. If it is determined that the bankruptcy judge does not have the constitutional authority to enter a final order or judgment in this matter, the Parties consent to the entry of a final order or judgment by this Court in this matter.

D. On May 7, 2024, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in Case No. 24-80128.

E. On October 8, 2024, the Court issued the *Memorandum Order* granting in part and denying in part the Debtor's Amended Motion to Challenge Fees and Expenses of Aetna Life Insurance Company. The Debtor appealed the *Memorandum Order* and the matter is pending in the U.S. District Court in Civil Action 3:24-cv-00304.

F. On November 23, 2024, the U.S. Trustee filed the Motion, which is scheduled for hearing on January 7, 2025, at 11:00 a.m.

G. On December 16, 2024, the Debtor filed the Response to the Motion.

H. The Debtor and the U.S. Trustee have engaged in discussions regarding the Motion, and have stipulated and agreed to the following:

NOW THEREFORE, the Parties hereby stipulate and good cause appearing for the entry of this Agreed Order, it is hereby

**ORDERED** that:

1. This chapter 11 case is **DISMISSED** without prejudice.

2. The Debtor, no later than fourteen days after entry of this Order, shall file with the Clerk of the United States Bankruptcy Court operating reports made during each calendar month and of any fees payable under 28 U.S.C. § 1930(a)(6) for each quarter during the period from December 1, 2024, through the date of entry of this Order, and shall serve a true and correct copy of said operating reports on the United States Trustee.

3. The Debtor, no later than fourteen days after entry of this Order, shall pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. § 1930(a)(6) by remitting payment to the United States Trustee Payment Center, P. O. Box 6200-19, Portland, Oregon, 97228-6200, and shall furnish evidence of such payment to the United States Trustee, 515 Rusk, Suite 3516, Houston, Texas. The payment shall reflect the Debtor's account number and shall be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee. This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6).

Signed: January 03, 2025

Jeffrey P. Norman
United States Bankruptcy Judge

AGREED TO AS TO FORM AND SUBSTANCE:

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: /s/ *Hector Duran*
Hector Duran
Trial Attorney
Texas Bar No. 00783996/Fed. I.D. No. 15243
515 Rusk, Suite 3516
Houston, Texas  77002
Telephone:  (713) 718-4650 ext. 241
Fax: (713) 718-4670
hector.duran.jr@usdoj.gov

*COUNSEL FOR THE UNITED STATES TRUSTEE*

BAKER & ASSOCIATES

By: /s/ *Reese W. Baker with permission by Hector Duran*
Reese W. Baker, Esq.
State Bar No. 01587700
950 Echo Lane, Suite 300
Houston, TX  77024-2824
Telephone: (713) 979-2251
Email: reese.baker@bakerassociates.net